# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Maciej Lipski<br>    Plaintiff<br><br>           V.<br><br>Healthbridge Management LLC, et.al.<br>    Defendants | CIVIL ACTION<br><br>NO. 1:15-cv-13102-MBB |

## ORDER OF REMAND

BOWLER, M. J.

Pursuant to the allowance of Plaintiff's Motion to Remand on March 8, 2016, this case is hereby remanded to the Middlesex Superior Court.

                                                                 SO ORDERED.

                                                                 By the Court,

| | |
|---|---|
| March 30, 2016 | /s/ Brendan Garvin |
| Date | Deputy Clerk |